# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| LATASHA T. MARTIN,<br>    Plaintiff, | )<br>)<br>) | |
| v. | ) | CIVIL ACTION 1:20-00165-KD-B |
| | ) | |
| DON DAVIS,<br>    Defendant. | )<br>) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 22, 2020 is **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that Plaintiff's claims are **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. Rule 41(b) for failure to prosecute and failure to obey the Court's orders.

**DONE** and **ORDERED** this the **9th** day of **July 2020.**

/s/ Kristi K. DuBose
 **KRISTI K. DuBOSE**
 **CHIEF UNITED STATES DISTRICT JUDGE**